# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN NAVARRO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITRUS REALTY INC., AND JMH COVINA HOLDINGS, INC.<br><br>Defendants. | Case No. **2:16-cv-03527-AB-FFM**<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss the individual claims with prejudice and the putative class claims without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.

Dated this 5th day of May, 2017.

_____
Honorable André Birotte Jr.

Order to Dismiss - 1